**No. 47285.**—Petition 6242–R of Fred S. Ehrlich & Co. (Los Angeles).

Opinion by KEEFE, J. At the trial the evidence disclosed that the merchandise was entered on a *pro forma* invoice upon the basis of the price paid for a previous shipment, and the merchandise was appraised as entered; that the consular invoice when received showed a higher price and the petitioner sought to amend his entry, but found it was too late. He supplied the customs officials with the information as to higher prices and the collector called for reappraisement. When the case was called before this court counsel agreed as to the correct value, a higher price resulting in the assessment of additional duties. On the evidence presented the court was of the opinion that the petitioner was without intention to defraud the revenue of the United States or conceal or misrepresent the facts. The petition was therefore granted.

### JUNE 3, 1942

**No. 47286.** Protest 952804–G of H. C. Donaldson & Co. C. D. 622. Plaintiff's application for rehearing denied.

### JUNE 4, 1942

**No. 47287.** Protest 29337–K of American Merchandise Co., Inc. Plaintiff's application for rehearing granted.

**No. 47288.** Protest 36757–K of W. Braun Co. Motion of Government for rehearing denied.

### JUNE 5, 1942

**No. 47289.** Protests 62823–K, etc., of J. J. Edel. Plaintiff's application for rehearing granted.

### JUNE 5, 1942

**No. 47290.**—Suit 4375. *S. Schapiro & Sons* v. *United States*. C. D. 537 affirmed. C. A. D. 196.